■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICK MCKENZIE, Appellant. [28 NYS3d 326]—Application by the appellant for a writ of error coram nobis to vacate, on the

ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 13, 2008 (*People v McKenzie*, 51 AD3d 823 [2008]), affirming a judgment of the County Court, Putnam County, rendered November 22, 2005.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Leventhal, J.P., Dickerson, Roman and Miller, JJ., concur.